THE CITY OF NEW YORK v. NATIONAL REFRESHMENT COMPANY, INC., and UNION INDEMNITY COMPANY. (Actions Nos. 1 and 6.) THE CITY OF NEW YORK v. PETER J. COKENES and UNION INDEMNITY COMPANY. (Actions Nos. 1 and 2.)

— Motion granted. Settle orders on notice. Present — Finch, McAvoy, Martin and O'Malley, JJ.